IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEVONA HOLDINGS LTD.<br><br>      Plaintiff,<br><br>vs.<br><br>VASSILIS KERTSIKOFF and<br>LASCARINA KARASTAMATI,<br><br>      Defendants. | Case No. 4:22-cv-02988 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Levona Holdings Ltd. ("Levona") files this Notice of Voluntary Dismissal without Prejudice ("Notice of Voluntary Dismissal") to dispose in full of the claims and causes of action asserted in Plaintiff's Original Complaint [Doc. 1] without prejudice as to the refiling of the same. In support thereof, Levona would show:

On September 2, 2022, Plaintiff filed its Original Complaint [Doc. 1] against Defendants Vassilis Kertsikoff ("Kertsikoff") and Lascarina Karastamati ("Karastamati") (collectively, "Defendants") asserting causes of action for tortious interference with a contract, tortious interference with a prospective contract, unjust enrichment, and attorneys' fees. (Doc. 1 ¶¶ 28–52.)

Defendants are both citizens of Greece, and as such, Levona is required to use the service of process procedures available under the Hague Services Convention, as described by Levona in

prior correspondence with the Court; however, service of process has not been made on the Defendants. (*See* Docs. 6, 8, 11.) Further, no entry or appearance of counsel has been filed with the Court, and neither Defendant has answered nor filed a motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A)(i); *see also In re Amerijet Intern., Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) ("Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing 'a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.'") (quoting FED. R. CIV. P. 41(a)(1)(A)(i)).

Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff files its Notice of Voluntary Dismissal—dismissing this action in its entirety without prejudice. *See also* FED. R. CIV. P. 41(a)(1)(B) ("unless the notice . . . states otherwise, the dismissal is *without prejudice*.") (emphasis added). As such, Plaintiff may seek to refile another lawsuit concerning the claims and causes of action described and asserted in the Original Complaint [Doc. 1].

For the foregoing reasons, Plaintiff respectfully submits this Notice of Voluntary Dismissal without prejudice.

DATED:  March 13, 2023.

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Scott D. Ellis*
Scott D. Ellis
Texas Bar No. 24044606
sellis@foley.com
Shane McDonald
Texas Bar No. 24092797
smcdonald@foley.com
1000 Louisiana Street, Suite 2000
Houston, Texas 77002-2099
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

**ATTORNEYS FOR PLAINTIFF
LEVONA HOLDINGS LTD.**