# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LEVONA HOLDINGS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-02988 |
| | § | |
| VASSILIS KERTSIKOFF and | § | |
| LASCARINA KARASTAMATI, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Dkt. No. 12). This case is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed on March 14, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**